Case 2:21-mc-00036-SAB    ECF No. 2    filed 10/26/21    PageID.16    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re | No. 2:21-MC-0036-SAB |
| MELISSA ANN HUELSMAN, | ORDER CLOSING DISCIPLINARY FILE |
| Lawyer. | |

On October 14, 2021, the District Court Executive/Clerk of Court filed the Notice of Disciplinary Action from the Washington State Bar Association. The file reflects that Melissa Ann Huelsman entered into a Stipulation to Reprimand based on her admitted violations of RPC 1.15A and 1.15B.

The Court has reviewed the file in this matter and is fully informed. Whereas the offending conduct was not perpetrated in this Court and the Washington State Bar Association has imposed an appropriate sanction, this Court will not proceed with further discipline in this Court.

**ACCORDINGLY, IT IS ORDERED:**

Pursuant to LCivR 83.3(b), this matter is closed. The District Court Executive is directed to send a copy of this Order to Ms. Huelsman at her address of record.

**DATED** October 26, 2021.

_____

Stanley A. Bastian
Chief United States District Judge

ORDER CLOSING DISCIPLINARY FILE ~ 1

# CERTIFICATE OF SERVICE

I hereby certify that I served said attorney with the Order Closing Disciplinary File using the following methods on October 26, 2021:

☒  Service by ECF email account; and

☒  First Class mail to the public mailing address listed in the Washington State Bar Association's Lawyer Directory:

> Melissa Ann Huelsman
> Law Offices of Melissa A Huelsman, PS
> 705 2nd Ave Ste 606
> Seattle, WA 98104-1715

Signature: _____

Date: __October 26, 2021__

ORDER CLOSING DISCIPLINARY FILE ~ 2